# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**TALLAHATCHIE COUNTY, MISSISSIPPI**
**BRANCH OF THE NAACP ET AL.,**

    Plaintiffs,

v.                                   **Case No:2:11CV00042-MPM-JMV**

**TALLAHATCHIE COUNTY, MISSISSIPPI BOARD**
**OF SUPERVISORS, ET AL.,**

    Defendants.

## ORDER SETTING CERTAIN DEADLINES

Having conducted a telephonic status conference with counsel for the parties this date, and in light of the September 24, 2012, Judgment of the Fifth Circuit Court of Appeals, wherein the order of this court dismissing this case was vacated and the case was remanded for further proceedings,

**IT IS ORDERED THAT:**

1. Plaintiffs shall file any motion for leave to amend the complaint within 14 days of this date, and Defendants shall respond within 7 days of the filing of said motion. Plaintiffs may file any reply within 4 days of the filing of Defendants' response.

2. Discovery on the issue of mootness, as framed in the Fifth Circuit's opinion, shall commence immediately and shall be completed by January 17, 2013.

3. Plaintiffs may designate experts on the mootness issue by December 3, 2012.

4. Defendants may designate experts on the issue of mootness by December 18, 2012.

5. The deadline for Defendants to file a motion to dismiss this action as moot is January 31, 2013.

6. Defendants may file a Rule 12(b)(6) motion by February 14, 2013.

7. Should the court determine that this controversy is not moot, as soon as practicable after entry of said ruling, the court will enter a scheduling order.

**THIS** 19th day of October, 2012

                                          **/s/ Jane M. Virden**
                                          **UNITED STATES MAGISTRATE JUDGE**